**Kimberly Sewell, OSB No. 971931**
sewellk@trimet.org
Telephone: 503-962-5656

**Erik Van Hagen, OSB No. 065387**
vanhagee@trimet.org
Telephone: 503-962-4841

TriMet
4012 SE 17th Avenue
Portland, OR  97202
Facsimile: 503-962-3095


**Keith M. Garza, OSB No. 940773**
keithgarza@comcast.net
The Law Office of Keith M. Garza
PO Box 68106
Oak Grove, OR  97268
Telephone: 503-344-4766
Facsimile: 503-344-4767

   Of Attorneys for Defendant TriMet

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RYAN HAMMEL, JAMIE HAMMEL,<br><br>   Plaintiffs,<br><br>  v.<br><br>TRI-COUNTY METROPOLITAN TRANSPORTATION DISTRICT OF OREGON (Tri-Met), a political subdivision of the State of Oregon; and SANDI L. DAY, an individual,<br><br>   Defendants. | Case No. 3:12-cv-00706-MO<br><br>**DEFENDANT TRIMET'S UNOPPOSED MOTION TO CONSOLIDATE** |

   Pursuant to Federal Rule of Civil Procedure 42 and Local Rule 42, Defendant Tri-County Metropolitan Transportation District of Oregon (TriMet) respectfully moves the Court for an

PAGE 1 – DEFENDANT TRIMET'S UNOPPOSED MOTION TO CONSOLIDATE

order consolidating the following four cases for all further proceedings, including trial: Case Nos. 3:12-cv-00706-MO; 3:12-cv-00708-MO; 3:12-cv-00709-MO; and 3:12-cv-00710-MO. The motion is unopposed (LR 7-1(3)) and supported by the accompanying memorandum of law and Declaration of Kimberly Sewell.

Respectfully submitted this 1st day of August, 2012.

/s/ Kimberly Sewell
Kimberly Sewell, OSB No. 971931
TriMet Legal Counsel
Telephone: 503-962-5650
toranja@trimet.org

Erik Van Hagen, OSB No. 065387
TriMet Legal Counsel
Telephone: 503-962-4841
vanhagee@trimet.org
Fax: 503-962-3095

Keith M. Garza, OSB No. 940773
The Law Office of Keith M. Garza
Telephone: 503-344-4766
keithgarza@comcast.net
Fax: 503-344-4767

Attorneys for Tri-County Metropolitan
Transportation District of Oregon (TriMet)