IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**RYAN HAMMEL and JAMIE HAMMEL**,

        Plaintiffs,

   v.

**TRI-COUNTY METROPOLITAN TRANSPORTATION DISTRICT OF OREGON and SANDI DAY,**

        Defendants.

No. 3:12-cv-00706-MO
Consolidated-Lead

JUDGMENT

_____

**DAVID B. SALE, individually and in his capacity as personal representative for the ESTATE OF DANIELLE NICOLE SALE, and JEANETTE L. SALE,**

        Plaintiffs,

   v.

**TRI-COUNTY METROPOLITAN TRANSPORTATION DISTRICT OF OREGON and SANDI DAY,**

        Defendants.

No. 3:12-cv-00708-MO
Consolidated

_____

1 – JUDGMENT

**ROBERT ERIK GITTINGS,**

       Plaintiff,

       v.

**TRI-COUNTY METROPOLITAN TRANSPORTATION DISTRICT OF OREGON and SANDI DAY,**

       Defendants.

No. 3:12-cv-00709-MO
Consolidated

_____

**VICKI FLYNN, individually and in her capacity as personal representative for the ESTATE OF JENEE HAMMEL, and K.M. by and through his Guardian ad Litem, DANIEL MARCIANO,**

       Plaintiffs,

       v.

**TRI-COUNTY METROPOLITAN TRANSPORTATION DISTRICT OF OREGON and SANDI DAY,**

       Defendants.

No. 3:12-cv-00710-MO
Consolidated

**MOSMAN, J.**,

       Based on my Opinion and Order,

       IT IS ORDERED AND ADJUDGED that this case is DISMISSED with prejudice.

Pending motions, if any, are DENIED AS MOOT.

       DATED this __28th__ day of June, 2013.

                                    /s/ Michael W. Mosman
                                    MICHAEL W. MOSMAN
                                    United States District Judge