Michelle R. Burrows OSB86160
Attorney at Law
22586 SW Park St.
Sherwood OR 97140
Michelle.r.burrows@gmail.com
503/241-1955
      Attorney for Plaintiffs Hammel

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | | |
|---|---|---|
| RYAN HAMMEL, JAMIE HAMMEL | ) | Case No. 3:12-cv-00706-MO |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF APPEAL |
| | ) | |
| TRI-COUNTY METROPOLITAN | ) | |
| TRANSPORATION DISTRICT OF | ) | |
| OREGON, (Tri-Met), a political | ) | |
| Subdivision of the State of Oregon, | ) | |
| SANDI DAY, an individual | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

      Notice is hereby given that Plaintiffs Ryan and Jamie Hammel in USDC Case No. 3:12-cv-00706MO appeals to the United States Court of Appeals for the Ninth Circuit from a Judgment and Order on June 28, 2013 by the Honorable Michael Mosman dismissing the above

1 NOTICE OF APPEAL

captioned matter, and consolidated related matters, with prejudice. This Notice of Appeal concerns only the Hammels' claims in case number 12-cv-00706.

    Dated this 8th day of July 2013.

                                         Respectfully submitted,

                                         /s/Michelle R. Burrows
                                         Michelle R. Burrows OSB 86160
                                         Attorney for Ryan and Jamie Hammel

CERTIFICATE OF SERVICE

Plaintiffs certify they have served this Notice of Appeal via the ECF filing system for the District of Oregon which will electronically serve the following with this document:

Jeffrey S. Eden
SCHWABE WILLIAMSON & WYATT
1211 SW 5th Ave. Ste. 1900
Portland OR 97204
    Attorney for Defendant Day

Kimberly Sewell
Tri-Met
4012 SE 17th Ave.
Portland OR 97202
    Attorney for Defendant Tri-Met

Rick Pope
Kirklin Thompson and Pope
1000 SW Broadway Ste. 1616
Portland OR
    Of Attorneys for Plaintiffs Gittings and Sale and Estate of Danielle Sale

Hala Gores
1332 SW Custer Dr
Portland OR  97219
    Attorney for Plaintiff Flynn, Estate of Jenee Hammel and KM.

Dated this 8th day of July 2013.

    Respectfully submitted,

    /s/Michelle R. Burrows
    Michelle R. Burrows OSB86160
    Attorney for Hammels